Katherine F. Parks, Esq. - State Bar No. 6227
Thorndal Armstrong Delk Balkenbush & Eisinger
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
(775) 786-2882
Attorneys for Defendants
CITY OF WEST WENDOVER AND CHRIS MELVILLE

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LUIS GONZALES, an individual,<br><br>              Plaintiff,<br><br>vs.<br><br>WENDOVER, municipality, CHRIS MELVILLE, an individual,<br><br>              Defendants. | CASE NO. 3:16-cv-00147-MMD-WGC<br><br>**<u>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE</u>** |

      COMES NOW Plaintiff, LUIS GONZALES, and Defendants, CITY OF WEST WENDOVER and CHRIS MELVILLE, by and through their respective attorneys, and hereby stipulate that the above-entitled matter may be dismissed with prejudice in its entirety and each party to bear their own costs and attorney's fees.

| | |
|---|---|
| DATED this 15th day of November, 2017.<br><br>Cavanaugh-Bill Law Offices, LLC.<br><br><br>By: _/ s / **Julie Cavanaugh-Bill, Esq.**_<br>    Julie Cavanaugh-Bill, Esq.<br>    Henderson Bank Building<br>    401 Railroad Street, Suite 307<br>    Elko, Nevada 89801<br>    *Attorney for Plaintiff* | DATED this 15th day of November, 2017.<br><br>Thorndal Armstrong<br>Delk Balkenbush & Eisinger<br><br>By: _/ s / **Katherine F. Parks, Esq.**_<br>    Katherine F. Parks<br>    6590 S. McCarran Blvd, Suite B<br>    Reno, NV 89509<br>    *Attorneys for Defendants* |

**<u>ORDER</u>**

IT IS SO ORDERED. Case dismissed with prejudice.

DATED: November 17, 2017

_____
UNITED STATES DISTRICT JUDGE